# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN D. QUEEN,   No. CIV S-07-0862-GEB-CMK-P

    Petitioner,

  vs.   ORDER

DARREL ADAMS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for an extension of time (Doc. 6), filed on June 8, 2007.

    On May 9, 2007, the court ordered respondents to file a response to the petition for a writ of habeas corpus within 30 days.  Respondents now seek an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Failure to comply with this order may result in the imposition of appropriate sanctions.  See Local Rule 11-110.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' motion for an extension of time is granted; and
2. Respondents shall file a response to the petition by August 9, 2007.

DATED: June 14, 2007.

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE