IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN D. QUEEN, | 2:07-cv-0862-GEB-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| DARREL ADAMS, et al., | |
|     Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On January 14, 2008, the magistrate judge filed findings and recommendations (Doc. 14) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Petitioner requested additional time to file objections. Pursuant to an order filed February 4, 2008, this request was

///

///

///

1

granted, and any objections were to be filed within 20 days of the date of service of that order. Petitioner filed his objections on March 3, 2008.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2008, are adopted in full;

2. Respondents' motion to dismiss (Doc. 8) is granted; and

3. The Clerk of the Court is directed to enter judgment in this case and close this file.

Dated: March 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] In his objections regarding his unexhausted claims, petitioner requests a stay and abeyance order. However, petitioner has not shown good cause for failing to exhaust his claims before raising them in this case as required by Rhines v. Weber, 544 U.S. 269, 277 (2005).