IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN D. QUEEN, | 2:07-cv-0862-GEB-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| DARREL ADAMS, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 21), filed on March 31, 2008.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

1  For the reasons set forth in the magistrate judge's January 14, 2008, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.
4  Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
5  of appealability is denied.

Dated: May 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge